UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ANIKA RENZ and MARY LEACH, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:23-cv-00139-DRL-MGG |
| LDH PETRO INC. and HARCHARN GARCHA, | ) |
| Defendants. | ) |

**JOINT MOTION TO APPROVE SETTLEMENT
OF FLSA AND WAGE HOUR COMPLAINT**

On February 17, 2023, Anika Renz and Mary Leach (collectively "Plaintiffs") filed a Complaint for Violations of the Fair Labor Standards Act in the United States District Court for the Northern District of Indiana, South Bend Division against LDH Petro Inc. and Harcharn Garcha (collectively "Defendants"). On February 13, 2024 the Parties engaged in mediation wherein they reached agreement on the terms of settlement of this matter. Accordingly, the Parties now respectfully move this Court to approve the settlement and dismiss this action pending full payment of the amount set forth in the Settlement Agreement. In support of this Joint Motion, the Parties state as follows:

1. The Plaintiffs have asserted claims under the Federal Fair Labor Standards Act ("FLSA") as well as Indiana Wage Payment statute. Defendants deny any liability or wrongdoing.

2. On February 13, 2024, the Parties engaged in mediation with Anthony Stites of the law firm Barrett & McNagny LLP and reached agreement on the terms of the settlement of this action. The Parties are filing a copy of the Settlement

Agreement contemporaneously with the filing of this Joint Motion as Exhibit A. The Settlement Agreement sets forth the amount Defendants will pay to Plaintiffs and to Plaintiffs' counsel. Under the Settlement Agreement, upon full payment of the amount set forth in the Settlement Agreement, the Parties will file a Stipulation of Dismissal of this action with prejudice.

3. FLSA settlement agreements require approval by a Court or the U.S. Department of Labor. *See* 29 U.S.C. § 216; *Walton v. United Consumers Club, Inc.*, 786 F.2d 303, 306 (7th Cir. 1986); *Raymer v. Mollenhauer*, 2011 WL 338825, *1 (N.D. Ind. 2011) (unreported); *Burkholder v. City of Fort Wayne*, 750 F.Supp.2d 990, 994 (N.D. Ind. 2010).

4. Courts approve FLSA settlement agreements where the overall terms of the settlement are fair and reasonable. *See Raymer*, 2011 WL 338825, *1. To determine the fairness of a settlement under the FLSA, Courts consider whether the agreement reflects a reasonable compromise of disputed issues. *See Burkholder*, 750 F.Supp.2d at 994-95. Normally, a settlement is approved where it is the result of contentious arm's-length negotiations that were undertaken in good faith by counsel, and serious questions exist such that the value of an immediate recovery outweighs the possibility of further relief after protracted and expensive litigation. *See Burkholder*, 750 F.Supp.2d at 995.

5. Here, the Parties respectfully request that the Court approve the settlement because it is fair and reasonable. Filed on February 13, 2023, the Parties have had the opportunity to conduct discovery and fully evaluate strengths and weaknesses of their respective claims and defenses and have been represented by counsel. The settlement reached during mediation, with both Parties represented by counsel, reflects a

compromise of the disputed issues and evaluations by both sides of the likelihood of success on the claims and defenses, and the costs of certainties and inconveniences of continuing litigation, trial and appeal. The overall Settlement Agreement reflects a reasonable compromise of issues actually in dispute. The settlement was reached in an adversarial context in which both Parties were represented by competent and experienced counsel, and the totality of the proposed settlement is fair and reasonable.

For the reasons stated above, the Parties respectfully request that this Court approve the settlement and dismiss the proceedings upon the filing of a Joint Stipulation of Dismissal which will be filed once the amounts set forth in the Settlement Agreement are fully paid.

Dated: March 15, 2024.

Respectfully submitted,

/s/ Shane C. Mulholland
Shane C. Mulholland #20637-57
Burt, Blee, Dixon, Sutton & Bloom, LLP
200 East Main Street, Suite 1000
Fort Wayne, IN 46802
Telephone: (260) 426-1300
Facsimile: (260) 422-7932
Email: mlemert@burtblee.com
Attorney for Defendants

/s/ Robert J. Hunt
Robert J. Hunt  #30686-49
The Law Office of Robert J. Hunt, LLC
1905 South New Market Street
Carmel, IN 46032
Telephone: (317) 743-0614
Facsimile: (317) 743-0615
Email: rob@indianawagelaw.com
Attorney for Plaintiffs